PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRIENDS OF THE MAHONING RIVER, | ) | |
| | ) | CASE NO. 4:19CV2771 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| U.S. ARMY CORPS OF ENGINEERS, *et al.* | ) | |
| | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendants. | ) | |

Having filed its Order resolving the Cross-Motions for Summary Judgment, the Court hereby vacates the issuance of the Permit, and remands the case for further proceedings consistent that Order.

IT IS SO ORDERED.

September 9, 2021    /s/ Benita Y. Pearson
Date                 Benita Y. Pearson
                     United States District Judge